

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 19, 2026

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
> **(p. 2)**

>        **Re:**    *United States v. Darnell Macon*, **25 Cr. 51 (JHR)**

Dear Judge Rearden:

The Government writes in regard to Mr. Macon's March 23, 2026, pro se letter requesting early termination of his supervised release. The Court ordered the Government to file a response by May 22, 2026. The case was never assigned to an Assistant United States Attorney prior to the Court's deadline. The undersigned was assigned to this matter on Wednesday, June 17, 2026. Now that an attorney for the Government is assigned, we respectfully request sixty days to file our response to Mr. Macon's motion for early termination of supervised release. Thank you for your consideration.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Keith Savino
Assistant United States Attorney
(212) 637-1946

cc:    Darnell Macon (via ECF)

Application GRANTED in part.  The deadline for the Government to respond to Defendant Macon's motion is extended *nunc pro tunc* to **July 10, 2026**.  Defendant Macon shall file any reply by **July 31, 2026**.

The Clerk of Court is directed to terminate ECF No. 5 and to modify the docket to reflect that Defendant Macon is proceeding *pro se* with the following address:

    7 N James Street, Unit F
    Peekskill, NY 10566

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 22, 2026